IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JONATHAN ROBINSON,                        *

         Plaintiff,                     *

v.                                           Case No.  5:25-cv-00323-MTT-CHW

                                                   *

COMMISSIONER TYRONE OLIVER et al,         

                                                 *

         Defendants.                    

_____        *

**J U D G M E N T**

    Pursuant to this Court's Order dated 7/7/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

    This 7th day of July, 2026.

                            David W. Bunt, Clerk

                            s/ Raven K. Alston, Deputy Clerk